IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TROY SHESLER,

                        Plaintiff,                            ORDER

    v.

                                                                 13-cv-394-wmc

CAROL BRIONES, JEAN KRAINTZ,
KAYE MEISSNER, RITA HAROSKI
and RENEE HACKBARTH,

                        Defendants.

---

The court is in receipt of consent by plaintiff in the above entitled matter to the exercise of jurisdiction by a United States Magistrate Judge pursuant to the provision of 28 U.S.C. § 636(c). Since the just, speedy and inexpensive administration of justice in this and other civil matters is better served by maintaining the original judicial assignment, IT IS ORDERED that consent to proceed before a United State Magistrate Judge is DENIED notwithstanding any provision of law or practice to the contrary pursuant to 28 U.S.C. § 636(c).

        Entered this 25th day of October, 2013.

                                                BY THE COURT:

                                                /s/

                                                WILLIAM M. CONLEY
                                                District Judge