IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY SCHESLER,

    Plaintiff,

v.

PAULETTE SANDERS, JEAN KRAINTZ,
KAYE MEISSNER, RITA HAROSKI and
RENEE HACKBARTH,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-394-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting summary judgment in favor of Paulette Sanders, Jean Kraintz, Kaye Meissner, Rita Haroski and Renee Hackbarth and dismissing this case.

| /s/ | November 6, 2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |