# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Troy Shesler,

        Plaintiff,

        v.                Case No. 3:13-cv-00394-jdp

Paulette Sanders, Jean Kraintz,
Kaye Meissner, Rita Haroski,
and Renee Hackbarth,

        Defendants.

## PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OF THE DISTRICT COURT

The Plaintiff, Troy Shesler, by his attorneys, the Jeff Scott Olson Law Firm, S.C., by Jeff Scott Olson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on November 6, 2014, in favor of the Defendants.

Dated this Wednesday, December 03, 2014.

        Respectfully submitted,

        Troy Shesler,

Plaintiff,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone:        (608) 283-6001
Facsimile:    (608) 283-0945
E-mail:        jsolson@scofflaw.com

/s/ Jeff Scott Olson
_____

JEFF SCOTT OLSON

ATTORNEYS FOR PLAINTIFF

---

**Certificate of Service**

I hereby certify that on Wednesday, December 03, 2014, I electronically filed the

foregoing with the Clerk of the Court using the ECF system which will send

notification of such filing to the following:  **Assistant Attorney General John Glinski**

and I hereby certify that I have mailed by United States Postal Service the document

to the following non ECF participants: none.

/s/Jeff Scott Olson
_____